IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-285-RJC-DCK

| | |
|---|---|
| RICHELLE DRIVER, | )<br>) |
| Plaintiff, | )    **ORDER**<br>) |
| v. | )<br>) |
| ACADEMY BUS, LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Joint Notice Of Settlement" (Document No. 37) on May 21, 2024, and a "Joint Amended Notice Of Settlement" (Document No. 38) on June 24, 2024.

The parties' latest filing reports that they "have resolved this matter" and "anticipate filing a Joint Stipulation of Dismissal within the next 30 days." (Document No. 38). The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation Of Dismissal in this case on or before **July 25, 2024**.

**IT IS FURTHER ORDERED** that "Defendant's Motion To Compel..." (Document No. 23) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: June 24, 2024

David C. Keesler
United States Magistrate Judge